UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **JAMAL LEE SPENCER,** | ) | No. LA CV 15-02903-VBF (PLA) |
| Petitioner, | ) ) | **ORDER** Overruling Petitioner's Objections; Adopting the Report & Recommendation; |
| v. | ) ) | |
| J. SOTO, Warden, | ) ) | Denying the Habeas Corpus Petition; Dismissing this Action with Prejudice; Directing Entry of Separate Judgment; |
| Respondent. | ) ) | Terminating the Case |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas petition, the records on file, the report and recommendation ("R&R"), and petitioner's objections to the R&R. The Court has reviewed de novo those portions of the R&R to which petitioner objected. ACCORDINGLY:

1. Petitioner's objections are **OVERRULED.**

2. The report and recommendation is **ADOPTED.**

3. The habeas corpus petition is **DENIED**.

4. Separate judgment shall be entered consistent with this order.

DATED: January 12, 2016

_Valerie Baker Fairbank_
Valerie Baker Fairbank
Senior U.S. District Judge