**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **JAMAL LEE SPENCER,** )<br>                          )<br>                **Petitioner,** )<br>                          )<br>        v.               )<br>                          )<br>J. SOTO, Warden,         )<br>                          )<br>                **Respondent.** )<br>——————————————————————) | **No. LA CV 15-02903-VBF (PLA)**<br><br>**JUDGMENT** |

   Pursuant to the contemporaneously issued order overruling petitioner's January 11, 2016 objections, accepting the magistrate judge's report and recommendation, denying the habeas corpus petition, and dismissing the action with prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Jamal Lee Spencer**.


DATED:  January 12, 2016

            _Valerie Baker Fairbank_
            ————————————————————————
            HONORABLE VALERIE BAKER FAIRBANK
            SENIOR UNITED STATES DISTRICT JUDGE